SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Mei Gaotan, et al,<br><br>          Defendants<br><br>Xi Mei Tan, et al<br><br>       Counter-Claimants<br><br>Scott N. Johnson,<br><br>       Counter-Defendant | Case No. **2:12-cv-00432-JAM-AC**<br><br>**ORDER RE: STIPULATED DISMISSAL**<br><br>**Dismissal of Entire Action and Defendants Counterclaim** |

/ / /

/ / /

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-12-cv-00432-JAM-AC- 1

1 **IT IS SO ORDERED** that this action and the Counterclaim are hereby dismissed **WITH** prejudice.  The Parties are to bear their own costs and attorney's fees in connection with the Lawsuit and Counterclaim.

Date:  3/25/2013

/s/ John A. Mendez_____
Judge of the United States District Court