1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL   scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                    ) Case No. **2:12-cv-00432-JAM-AC**
                                        )
14          Plaintiff,                  ) **ORDER RE: STIPULATED DISMISSAL**
                                        )
15      vs.                             ) **Dismissal of Entire Action and**
                                        ) **Defendants Counterclaim**
16  Mei Gaotan, et al,                  )
                                        )
17          Defendants                  )
                                        )
18                                      )
                                        )
19  Xi Mei Tan, et al                   )
                                        )
20       Counter-Claimants              )
                                        )
21  Scott N. Johnson,                   )
                                        )
22       Counter-Defendant              )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25  _____      )

26  / / /

27  / / /

28

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-12-cv-00432-JAM-AC- 1

1 **IT IS SO ORDERED** that this action and the Counterclaim are hereby dismissed **WITH** prejudice.  The Parties are to bear their own costs and attorney's fees in connection with the Lawsuit and Counterclaim.

Date:  3/25/2013

/s/ John A. Mendez_____
Judge of the United States District Court